Hillsborough,
June 3, 1902.

LITTLE v. NEW HAMPSHIRE PRESS ASS'N & Trs.

A trustee in foreign attachment is chargeable for funds of the principal defendant deposited in a banking institution upon the former's individual account.

FOREIGN ATTACHMENT. It appeared from the disclosures of the trustees (M. A. Taylor and the Nashua Trust Company) and from other evidence submitted upon the question of their liability, that Taylor had been elected treasurer of the defendant association eight or nine years before, and had so acted under this election ever since ; that as treasurer he received $1,011.52 of the association's money; that on April 26, 1900, he deposited it as treasurer with the Trust Company ; and that on October 2, suspecting that some one might trustee the money as thus deposited, he transferred it to his individual account with the Trust Company, and has since treated it as if it were his own. Subsequent to the transfer, but on the same day, service of the plaintiff's writ was made on the Trust Company, and on December 7 a like service was made on Taylor. At the time of his disclosure on December 27, he had on deposit with the Trust Company money actually belonging to the association to the amount of $978.52.

The plaintiff asks that either Taylor or the Trust Company be charged with this amount; and the question whether either of them, and if so which, should be so charged was transferred from the September term, 1901, of the superior court by *Pike*, J.

*Henry B. Atherton,* for the plaintiff.

*Charles W. Hoitt,* for the defendants and Taylor.

*George B. French,* for the Nashua Trust Company.

BLODGETT, C. J.   The facts show $978.52 of the defendants' funds in the possession of the trustee Taylor individually, and under circumstances which legally and equitably estop him to deny his liability therefor as against the plaintiff's process.   His solvency being admitted, there is no occasion to pass upon the question of the liability of the other trustee, against which no wrong-doing appears, or to inquire whether Taylor might or might not be chargeable in his official capacity as treasurer of the defendant association.   The law properly leaves him in the position where it finds him as the result of its attempted evasion.

*Taylor, trustee, chargeable for $978.52.*

PARSONS, J., did not sit: the others concurred.